**Dismissed and Opinion Filed November 14, 2023.**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

_____

**No. 05-23-00781-CV**
_____

**CORNELIUS GIBSON, Appellant**
**V.**
**BANK OF AMERICA, Appellee**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-19211**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Pedersen, III, and Garcia
Opinion by Justice Partida-Kipness

Appellant's brief in this case is overdue. After appellant failed to respond to our inquiry regarding the reporter's record, we ordered the appeal submitted without a reporter's record and for appellant's brief to be filed by October 20, 2023. By postcard dated October 24, 2023, we informed appellant his brief was overdue and directed him to file his brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed his brief or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b),

(c).


/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
JUSTICE

230781F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

CORNELIUS GIBSON, Appellant

No. 05-23-00781-CV     V.

BANK OF AMERICA, Appellee

On Appeal from the 298th Judicial District Court, Dallas County, Texas Trial Court Cause No. DC-20-19211. Opinion delivered by Justice Partida-Kipness. Justices Pedersen, III and Garcia participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered November 14, 2023